IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Timothy Caudill, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 11-3054-CV-S-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On Friday, April 13, 2012, the Court heard oral argument on the *Plaintiff's Social Security Brief*, filed September 23, 2011 [Doc. 16] and the *Brief For Defendant*, filed November 4, 2011 [Doc. 17]. After due consideration of the issues presented and for the reason set forth on the record by the Court at the conclusion of the April 13, 2012 argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

　　　　　　　　　　　　　　　　　　　　*/s/ John T. Maughmer*
　　　　　　　　　　　　　　　　　　　　**JOHN T. MAUGHMER**
　　　　　　　　　　　　　　　　　　　　**U. S. MAGISTRATE JUDGE**